77,909-03

To: Michael F. Stauffacher                    2-8-2015
Texas Court of Criminal Appeals
Austin, Tx.     78711-2308

Re: in response to recent letter sent

Dear Mr. Stauffacher,

Hello. My apologies for taking your time concerning my last letter about retention. I now understand who you are and realize the conflict.

However, your "guide to article 11.07 writ of habeas corpus and other state writs" is extremely informative.

Is there any way possible I could get a copy of chapters 16.1? I read a 2010 revised edition that was superb in helping me understand what you deem necessary. I'm sure that you have newly revised editions. "Please," how can I acquire?

Thank you for your time... sincerely.

P.S. I will not bother you any more.
I just want to know if I could
attain a revised 16.1 chapter —

Thanks again & God Bless you.'

Respectfully submitted,

Daniel L. Wadron #1749435
Huntsville Unit.
815 12TH St.
Huntsville, Tx    77348

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk